### Wytheville,

## CHAPMAN AND WIFE v. WELTON & MILLER.

June 8, 1916.

Absent, Cardwell, J.

Error to Law and Equity Court of the city of Richmond.

*Affirmed by Divided Court.*

*Eugene C. Massie*, for the plaintiffs in error.

*Richard Evelyn Byrd* and *V. R. Shackelford*, for the defendants in error.